UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Francisco Antonio Perez-Fernandez
Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

16 -CR- 00254 (CM)

Defendant __Francisco Antonio Perez-Fernandez__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Francisco Antonio Perez-Fernandez
Print Defendant's Name

/s/ John H. Chun
Defendant's Counsel's Signature

John H. Chun
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/1/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____