UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

          v.                                             16 CR 254 (CM)

**<u>ORDER</u>**

Francisco Antonio Perez-Fernandez,

                   Defendant.
--------------------------------------------------------X

McMahon, C.J.:

The Court will hold a remote status conference on Wednesday, June 2, 2021, at 2:00 p.m., *via* the Teams video conference platform. The parties have received an email with the Teams link and instructions on how to participate.

This will be an open proceeding—the press and the public (including defendant's family members) are welcomed to listen to the proceeding *via* telephone, but will not be allowed to speak. The public call-in number is 888-363-4749; the access number to be entered when prompted is 9054506. Video or audio recording of the conference is prohibited by law.

June 1, 2021

                                          Colleen McMahon
                                          Senior District Court Judge